NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LELAND J. HEBERT,**
*Plaintiff-Appellant*

v.

**ALLIED RUBBER & GASKET CO.,**
*Defendant-Appellee*

---

2023-1511

---

Appeal from the United States District Court for the Southern District of California in No. 3:20-cv-01350-JO-MDD, Judge Jinsook Ohta.

---

**ON MOTION**

---

Before MOORE, *Chief Judge*, LOURIE and ALBRIGHT, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Upon consideration of Allied Rubber & Gasket Co., Inc.'s motion for sanctions,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

<u>June 4, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court